# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTAE AGUIRRIE, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>OAK HARBOR FREIGHT LINES, INC., a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 2:23-CV-00516-WBS-DB<br><br>Honorable William B. Shubb<br><br>**ORDER RE: STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE FROM AUGUST 28, 2023 TO AUGUST 26, 2024**<br><br>Date:         August 28, 2023<br>Time:         1:30 p.m.<br>Courtroom:  5, 14th Floor<br><br>Date Action Filed: January 19, 2023<br>Trial Date: None Set |

# ORDER

Upon consideration of the Parties' Stipulation to Continue the Scheduling Conference from August 28, 2023 to August 26, 2024, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Scheduling Conference previously set for August 28, 2023 at 1:30 pm is continued to **August 26, 2024 at 1:30 p.m.**

2. Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's March 17, 2023 Order re: Status (Pretrial Scheduling) Conference (Dkt. 3), the Parties shall confer and attempt to agree upon a discovery plan at least twenty-one (21) calendar days before the new Scheduling Conference date.

3. Pursuant to Local Rule 240 and this Court's March 17, 2023 Order re: Status (Pretrial Scheduling) Conference (Dkt. 3), the Parties shall submit to the Court a Joint Status Report at least fourteen (14) calendar days before the new Scheduling Conference date, and no later than **August 12, 2024**.

**IT IS SO ORDERED.**

Dated: August 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE